**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

—————————————————————x

PATRICK AUSTIN,                                                    Civil Action No. 1:25-cv-5235

       Plaintiffs,

    -against-

                                  **NOTICE OF VOLUNTARY**
HANPOOL INC. d/b/a GAMMEEOK                       **DISMISSAL WITH PREJUDUCE**
And BEUTRI REALTY CORP.
            Defendants.

—————————————————————x

       Plaintiff Patrick Austin, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice against the above-captioned defendants.

       Dated: October 9, 2025


By: _____*Gabriel levy*_____

       Gabriel A. Levy, Esq .
         *Attorney for Plaintiff*
       Gabriel A. Levy, P.C.
       1129 Northern Blvd, Ste 404
       Manhasset, NY 11030
       T: 347-941-4715
       Glevy@glpcfirm.com